UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAGILLE HARRY DUPLESSIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-4150** |
| **THE CITY OF NEW ORLEANS** | **SECTION "D" (4)** |

**REPORT AND RECOMMENDATION**

This matter was referred to a United States Magistrate Judge to conduct a hearing, including an evidentiary hearing, if necessary and to submit proposed findings and recommendations for disposition pursuant to 28 U.S.C. § 636(b) and (c), § 1915e(2), and § 1915A, and as applicable, 42 U.S.C. § 1997e (c)(1) and(2). Upon review of the record, the Court has determined that this matter can be disposed of without an Evidentiary Hearing.

**I.    Factual Summary**

The plaintiff, Ragille Harry Duplessis ("Duplessis"), is an inmate housed in the Louisiana State Penitentiary in Angola, Louisiana.[1] In his *pro se* and *in forma pauperis* § 1983 complaint, Duplessis, alleges that, on June 6, 1997, he was arrested by New Orleans Police Officers for the armed robbery of a Popeye's Restaurant on May 29, 1997. He also claims that his home was searched pursuant to an invalid warrant prior to his arrest. He further alleges that the search of his home caused emotional distress for his mother, who suffered damages as a result.

---

[1]Rec. Doc. No. 1.

Duplessis filed this suit against the City of New Orleans, seeking damages for the illegal search of his home without probable cause and without a valid warrant, for his illegal arrest and wrongful prosecution, and for errors in his criminal proceedings.

## II. The Petition is Malicious

Title 28 U.S.C. § 1915(e)(2)(B) and § 1915A require the Court to *sua sponte* dismiss cases filed by prisoners proceeding *in forma pauperis* upon a determination that they are frivolous or malicious. It has long been resolved that repetitious litigation raising the same cause of action as a previous or pending lawsuit is subject to dismissal under § 1915(e)(2)(B) and § 1915A as malicious. *Pittman v. Moore*, 980 F. 2d 994, 995 (5th Cir. 1993) (claims which duplicate claims pending in another federal action by the same plaintiff are "malicious"); *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988); *see also Wilson v. Lynaugh*, 878 F.2d 846, 849-50 (5th Cir. 1989).

The claims raised herein are identical to claims raised in another suit, *Duplessis v. City of New Orleans*, Civ. Action 08-5149"D"(4), which was filed on January 14, 2009, and remains pending before the Court. In that complaint, Duplessis named as defendants the City of New Orleans and the Popeye's Restaurant which was the subject of the armed robbery charge against him.[2] He raised the exact same claims which are asserted in the instant complaint against the City of New Orleans, *i.e.*, for the unlawful search of his home without a valid warrant, the emotional damage to his mother resulting from the search, his unlawful detention and prosecution, and the errors contained in his criminal proceedings.

Because the claims in this action are duplicative of those raised in Duplessis's other pending civil action, this complaint is subject to dismissal as malicious under § 1915(e)(2)(B) and § 1915A.

---

[2]Civ. Action No. 08-5149"D"(4), Rec. Doc. No. 2.

**III. Pending Motions**

Duplessis also has filed two Motions for Summary Judgment (Rec. Doc. Nos. 4 and 8) in which he seeks summary granting of relief in his favor. He also has filed a Motion to Amend the Petition (Rec. Doc. No. 9) in which he reiterates the same claims and factual allegations that are urged in the original complaint in this case and in Civ. Action 08-5149"D"(4). In light of the malicious and duplicitous nature of the instant complaint, the motions are moot and should be denied. Duplessis can continue to pursue his relief through the older case, Civ. Action 08-5149"D"(4).

**IV. Recommendation**

It is therefore **RECOMMENDED** that Duplessis's **Motions for Summary Judgment (Rec. Doc. Nos. 4 and 8)** and **Motion to Amend the Petition (Rec. Doc. No. 9)** be **DENIED** as moot.

It is further **RECOMMENDED** that Duplessis's § 1983 complaint against the defendant, the City of New Orleans, be **DISMISSED WITHOUT PREJUDICE** as malicious under Title 28 U.S.C. § 1915(e)(2)(B) and § 1915A because the claims herein are duplicative of claims raised in another pending federal civil rights litigation.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within ten (10) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district

court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Auto. Assoc.*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 30th day of July, 2009.

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**